Case 2:16-cv-01610-MHH-TMP   Document 1   Filed 09/30/16   Page 1 of 14

COURT'S COPY

FILED
2016 Sep-30 PM 12:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court For the Northern District of Alabama

FILED
2016 SEP 30 A 11: 14
U.S. DISTRICT COURT
N.D. OF ALABAMA

RICKEY JOHNSON, AIS#178913

CV-16-HA-1610-S

(Enter above the full name(s) of the plaintiff(s) in this action)

v

OFFICER GARY

OFFICER IRWIN

OFFICER REED , ET AL.,

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( )    No XXX

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

         Plaintiff(s): ___N/A_____

         Defendant(s) _____

      2.  Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3.  Docket Number _____

      4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement __W. E. DONALDSON CORR. FAC. B-2__
    __100 Warrior Lane Bessemer, Alabama 35023__

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No ( )

   C. If your answer is YES:

      1. What steps did you take? __There is not a grievance procedural within ADOC. However, I did speak with Captian Baldwin and Warden Bolling about the incident.__

      2. What was the result? __They both advised me that they would look into my complaint.__

   D. If your answer is NO, explain why not? __There is not a grievance procedural within ADOC. However, I spoke with Captian Baldwin and Warden Bolling about the incident and they both said they would look into my complaint.__

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) __RICKEY JOHNSON, AIS# 178913__

   __W.E. DONALDSON CORR. FAC. B-2 100 WARRIOR LANE BESSEMER, ALA. 35023__

      Address _____

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B.  Defendant __OFFICER GARY__

is employed as __CORRECTIONAL OFFICER__

at __W.E. DONALDSON CORR. FAC. 100 WARRIOR LANE BESSEMER, ALA 35023__

C.  Additional Defendants __OFFICER IRWIN AND OFFICER REED__

__ARE ALSO EMPLOYED AS CORRECTIONAL OFFICER AT W.E. DONALDSON__

__CORRECTIONAL FACILITY BESSEMER, ALABAMA 35023__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On Monday September 5, 2016, Officer Gary, Irwin and Reed were assigned to Two[2] Block [A/B]. After the Ole Miss and Flordia State Football game-All inmates were ordered to report to their assigned cell. Officer Gary conducted a bed roster count on B side.

At approximately 2:30 A.M. Tuesday September 6, 2016 Officer Irwin opened Cell B-2 which was assigned to and occupied by me Rickey Johnson, AIS 178913 and Matthew Barries, AIS#288567 for three[3] inmates known as "Big MOE" "DJ", and "BAM BAM". [Officer Irwin admitted to Lt. Thomas that he had in fact opened my door for these inmates but he had no ideal that they was going to robbed me].

Upon entering the cell, Big Moe, DJ and Bam Bam were brandishing prison made knives and ordered me, Rickey Johnson to get out of bed and "GIVE IT UP"[This mean-I was being robbed]. A struggle and fight ensued in which i Rickey Johnson was beaten and choked around my neck. I Rickey Johnson was choked so severly that I had to be transported to Brookwood Baptist Health Center. I was treated for a crush/swollen larynx that resulted in me being placed on a liquid diet of Ensures. My throat was swollen and I could not eat whole/solid food. After I had been choked unconscious-Varies items where stolen from me, inmate Rickey Johnson. These items where confiscated from another cell and returned to me later.  See Johnson's Exhibits "A & B".

- 3 -

Officer Gary, Irwin and Reed have a pratice of allowing inmates to come out of their cell after lockdown and they have a pratice of opening any cell for any inmate whether they are assigned to that cell or not.

Officer Gary, Irwin and Reed aforementioned pratices shows a clear violation of ADOC Rules, Regulations and S.O.P. This pratice is a deliberate indifference and or reckless disregard for my safety as well as the safety of others. Thus, violating my 8th Amendment Right To Be Free From Cruel And Unusual Punishment [Failure To Protect]

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

**Provide me with compensatory and punitive damages of $250,000.00 each for a total of $500,000.00. And any other relief the Court deem proper and just.**

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 26**, 2016
    (date)

x *Rickey Johnson*

RICKEY JOHNSON, AIS#178913
W.E. DONALDSON CORR. FAC. B-2
100 WARRIOR LANE
BESSEMER, ALABAMA 35023

Signature(s)

- 4 -

JOHNSON'S EXHIBIT "A"

"I Matthew Barrier on Monday nite 9-5-16 at approx. 10:30 pm the officer locked me and Mr. Johnson down in our cell B-02 after he checked us off for a bed roster. At approx 3:00 am I awoke to see two inmates in my cell attacking and chocking Mr. Johnson. One Inmate was behind Mr. Johnson on the floor holding him in a chock hold, while the other was going through his things. They keep asking him for his key to the lock on his storage box. They could not find it so they keep beating and chocking him. They told me to get down and find the key. When I located the key I got back on my bunk. They two inmates put Mr. Johnson's property in a bag and went to exit the cell but the door was locked. They hollered for an inmate on the floor to get the door rolled and when it opened they made Mr. Johnson exit with them. I stayed in the cell and after awhile the officers came and asked what happened, then left. Then Mr. Johnson came bakk

the bag of property the two inmates had taken." I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2016.

_____ Matt Barnier AIS# 288547

JOHNSON'S EXHIBIT "B"

MARY DODSON, MD
2010 MEDICAL CENTER DR
HOMEWOOD, AL 35209
Phone Number: (205) 877-1138

# JOHNSON, RICKEY L

| Birthdate: ■ | Sex: Male |
|---|---|

Allergies:   NKA

**Pharmacist Please Note - Allergy list may be incomplete**

| Patient Address: | 100 WARRIOR LN, BESSEMER, AL 35023-7228 | Home Phone: (205) 436-3681 Work Phone |
|---|---|---|

Prescription Details:                                                                          Date Issue:    09/06/2016

**Rx:**  Naprosyn 375 mg oral tablet
  **SIG:**  1 tab Oral BID PRN for pain
  Dispense/Supply:    20(twenty) tab                                          Refills:    0

---

X: Electronically signed by: MARY DODSON, MD                X: _____
   Product Selection Permitted                                 Dispense As Written (Brand Necessary)

X: _____                                   X: _____
   Product Selection Permitted                                 Dispense As Written (Brand Necessary)
   Handwritten signature if required by state law              Handwritten signature if required by state law

Prescribed by: MARY DODSON, MD
License #: 17707
NPI #: 1417910068
Number of Drugs Prescribed: 1

Page: 1 of 1

**Brookwood Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804
Phone: (205) 877-1930

## Patient Education & Visit Summary

### PERSON INFORMATION

**Name:** JOHNSON, RICKEY L

**Address:** 100 WARRIOR LN BESSEMER AL 35023-7228 **Phone:** (205) 436-3681

**DOB:** [REDACTED] **MRN:** 01407658 **Acct#:** 39794391

**Arrival Time:** 09/06/2016 12:00:00 **Discharge Time:**

### VISIT INFORMATION

**Presenting Complaint:** Pt was strangled today approximately 0230, pt C/O difficulty swallowing. +LOC per pt. Pt appears in no respiratory distress.

**Patient Diagnosis:** Neck contusion

**Primary Care Provider:** PCP MD, NO

**Primary Physician:** DODSON MD, MARY R

**Allergy Info:** NKA

**Discharge Location:**

**FOLLOW-UP WITH:**

| With: | Address: | When: |
|---|---|---|
| MARC ROUTMAN | 2018 BWMC DR. POB 314 BIRMINGHAM, AL 35209 (205) 877-2950 Business (1) | Within 1-2 days |
| With: | Address: | When: |

NO PCP                  6                                    Within 1-2 days

**If you should have <u>any</u> difficulty making arrangements**, please call the Emergency Department. If you have a problem and are not able to contact your primary care provider, you may return to the Emergency Department at any time.

## PATIENT EDUCATION INFORMATION GIVEN:

BMC Blank Patient Education Template (CUSTOM)

## IMMUNIZATIONS:

## MAJOR TESTS AND PROCEDURES:

### Laboratory Orders

| Name | Status |
| --- | --- |
| BMP w/Ca-POC | Completed |
| CBC w/auto Diff | Completed |

### Radiology Orders

| Name | Status |
| --- | --- |
| CT Head or Brain W/O Contrast | Completed |
| CT Soft Tissue Neck W/ Contrast | Completed |
| XR Spine Cervical 4 or 5 Views | Completed |

### Cardiology Orders
No cardiology orders were placed.

| Order Name | Order Details |
|---|---|
| Discharge Patient | Discharge To: Home |
| | Discharge Diet: Resume Home Diet |
| | Discharge Activity: Resume Home Activity |

## MEDICATIONS:

*Your discharge prescriptions may be printed, or transmitted electronically to the pharmacy. If there are any issues with your prescriptions, please call the Emergency Department. If you received a prescription for medication(s) today it is important that when you fill this you let the pharmacists know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medication including the prescriptions you may receive today.*

**Additional Medications**

**Printed Prescriptions**

**acetaminophen-HYDROcodone (Hycet 7.5 mg-325 mg/15 mL oral solution)** 7.5 mL, Oral, Every 6 hours scheduled, As Needed, for pain, Refills: 0
Last Dose Given_____Take next dose_____

**naproxen (Naprosyn 375 mg oral tablet)** 1 tab, Oral, Twice daily, As Needed, for pain, Refills: 0
Last Dose Given_____Take next dose_____

FINAL ACTIVE MEDICATION LIST:

*We have provided this final list of active medications as a courtesy so that you can easily update your home records and provide to your physician(s). These are the only medications that you should be taking.*

**acetaminophen-HYDROcodone (Hycet 7.5 mg-325 mg/15 mL oral solution)** 7.5 mL, Oral, Every 6 hours scheduled, As Needed, for pain, Refills: 0

**naproxen (Naprosyn 375 mg oral tablet)** 1 tab, Oral, Twice daily, As Needed, for pain, Refills: 0

*Please review carefully and let us know if you have any questions or concerns. Take only the medications listed above. Contact your primary care provider prior to taking any medications NOT on this list.*

MED LEAFLETS INFORMATION GIVEN:

**MEDICATION LEAFLETS:**

**PATIENT EDUCATION INSTRUCTIONS:**

ICE TO AREA; NAPROSYN WITH FOOD FOR MILD PAIN/HYCET FOR SEVERE PAIN.

FOLLOW UP WITH ENT, DR.ROUTMAN IF NOT IMPROVED IN 5 TO 7 DAYS.

X-RAYS and LAB TESTS:

If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get results. If there is a change in the x-ray diagnosis or a positive culture we will contact you. (Make sure we have your local phone number.)

Thank you for the opportunity to provide your emergency medical care. It is important you understand that emergency medical services are not a substitute for complete medical care.