# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

RICKEY JOHNSON,

    Plaintiff,

v.                                Case No.: 2:16-cv-01610-MHH-TMP

OFFICER IRVIN, WARDEN
BOLLING, and WARDEN MIREE,

    Defendants.

## MEMORANDUM OPINION

On January 9, 2019, the magistrate judge to whom this case is assigned filed a report in which he recommended that the Court grant the defendants' motion for summary judgment. (Doc. 49). The magistrate judge advised the parties of their right to file written objections within 14 days. (Doc. 49). To date, no party has filed objections.

A district court "may accept, reject, or modify, in whole or part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court reviews legal conclusions in a report *de novo* and reviews for plain error factual findings to which no objection is made. *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993); *see also LoConte v. Dugger*, 847 F.2d 745, 749 (11th Cir. 1988); *Macort v. Prem, Inc.*, 208 Fed. Appx. 781, 784 (11th Cir. 2006).

The Court finds no misstatements of law in the magistrate judge's report and no plain error in the magistrate judge's description of the relevant facts. Therefore, the Court adopts the magistrate judge's report and accepts his recommendation.

**DONE** this 23rd day of April, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE